# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Bissoon, Cathy | **2. Court or Organization**<br><br>US District Court for the Western District of Pa. | **3. Date of Report**<br><br>05/01/2019 |
| **4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)**<br><br>Active District Judge | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2018<br>**to**<br>12/31/2018 |

**7. Chambers or Office Address**

Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street
Suite 3250
Pittsburgh, PA 15219

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Sheldon Calvary Camp |
| 2. | Board Member | Federal Judges Association |
| 3. | Executive Committee | Q. Todd Dickinson Intellectual Property American Inn of Court |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bissoon, Cathy | 05/01/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | SAE International -- Wages |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Cornell University | 2/15/18-2/18/18 | Ithaca, NY | Moot Court Competition Judging | Hotel, transportation, meals |
| 2. | University Southern California | 3/19/18-3/21/18 | Los Angeles, CA | Speaking on panel | Hotel, transportation, meals |
| 3. | NYIPLA | 3/22/18-3/24/18 | New York, NY | Annual Dinner for the Judiciary | Hotel, transportation, meals for me and spouse |
| 4. | Pennsylvania Bar Association | 4/12/18-4/14/18 | Skytop, PA | Speaking on panel | Hotel, transportation, meals |
| 5. | Federal Judges Association | 5/5/18-5/6/18 | Washington, DC | FJA Board Meeting | Hotel, transportation, meals |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Bissoon, Cathy** | 05/01/2019 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Allegheny County Bar Association | 6/15/18-6/16/18 | Champion, PA | Speaking at local bench/bar conference | Hotel, transportation, meals |
| 7. | AIPLA | 6/24/18-6/25/18 | Boston, MA | Speaking on panel | Hotel, transportation, meals |
| 8. | SABA North America | 6/29/18-6/30/18 | New York, NY | Speaking on panel | Hotel, limited transportation |
| 9. | Sedona Conference | 10/24/18-10/26/18 | Los Angeles, CA | Speaking on panel | Hotel, transportation, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Bissoon, Cathy | 05/01/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Bissoon, Cathy | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   IRA #1 | | | | | | | | | |
| 2.   -Raymond James Bank Deposit Program | A | Interest | J | T | | | | | |
| 3.   -AMG Times Square Small Cap Growth Fund Cl. I N/L* | | None | K | T | | | | | |
| 4.   -AMG River Road Small Cap Value Fund Cl. I N/L | A | Dividend | K | T | | | | | |
| 5.   -AQR Managed Futures Strategy Fund Class I N/L* | | None | K | T | | | | | |
| 6.   -Baird Aggregate Bond Fund Instl. Class N/L | B | Dividend | K | T | | | | | |
| 7.   -Brown Advisory Growth Equity Fund Investor Shrs. | | None | L | T | | | | | |
| 8.   -Clarkston Parners Fund Instl. Class N/L | A | Dividend | J | T | | | | | |
| 9.   -Europacific Growth Fund Class F2 | A | Dividend | K | T | | | | | |
| 10.  -Hartford Midcap Fund Class I N/L | | None | K | T | | | | | |
| 11.  -John Hancock Disciplined Val. Inst. | A | Dividend | L | T | | | | | |
| 12.  -JPMorgan Mid Cap Val. Fund Class L N/L** | A | Dividend | K | T | | | | | |
| 13.  -JPMorgan US Large Cap Core Plus Fund Sel. Cl. N/L*** | A | Dividend | L | T | | | | | |
| 14.  -Lazard Emerging Markets Equity Port Inst. Shrs. N/L** | A | Dividend | K | T | | | | | |
| 15.  -Metropolitan West Total Return Bond Fund Class I | B | Dividend | K | T | | | | | |
| 16.  -MFS Int'l Growth Fund Class I N/L | A | Dividend | K | T | | | | | |
| 17.  -MFS Research Fund Class I N/L* | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bissoon, Cathy** | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | -SEI US Managed Volatility Fund Class Y | A | Dividend | K | T | | | | | |
| 19. | -Victory Trivalent Int'l Small Cap Fund Class Y N/L | A | Dividend | K | T | | | | | |
| 20. | -Wells Fargo Int'l Value Fund Class I N/L | A | Dividend | K | T | | | | | |
| 21. | | | | | | | | | | |
| 22. | IRA#2 | | | | | | | | | |
| 23. | -Raymond James Bank Deposit Progam | A | Interest | J | T | | | | | |
| 24. | -American Mutual Fund Class F2-American Fds. N/L | B | Dividend | L | T | | | | | |
| 25. | -AQR Managed Futures Strategy Fund Class N N/L | | None | K | T | | | | | |
| 26. | -Artisan Int'l Fund Investor Class N/L | A | Dividend | K | T | | | | | |
| 27. | -Baird Aggregate Bond Fund Instl. Class N/L | B | Dividend | L | T | | | | | |
| 28. | -Champlain Mid Cap Fund Advisor Class N/L | A | None | K | T | | | | | |
| 29. | -Clearbridge Dividend Strategy Fund Cl. A M/F | A | Dividend | L | T | | | | | |
| 30. | -Dodge & Cox Income Fund N/L | B | Dividend | K | T | | | | | |
| 31. | -Europacific Growth Fund Cl. F2-American Fds. N/L | A | Dividend | L | T | | | | | |
| 32. | -Federated Instl. High Yield Bond Fd. Instl. Shrs. N/L | A | Dividend | | | Sold | 05/16/18 | K | | |
| 33. | Federated Short Term Income FD Institutional Shares N/L | A | Dividend | K | T | Buy | 05/16/18 | | | |
| 34. | -Harding Loevner Emerg. Mkts. Port Fd. Adv. Cl. N/L | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bissoon, Cathy** | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -John Hancock Disciplined Val. Mid Cap. Fd. Cl. I N/L | A | Dividend | K | T | | | | | |
| 36. -JPMorgan US Large Cap Core Plus Fd. Se. Cl. N/L | A | Dividend | K | T | | | | | |
| 37. -Loomis Sayles Growth Fd. Cl. Y N/L Natixis Advisors | A | Dividend | L | T | | | | | |
| 38. -Metropolitan West Total Return Bond Fund Class I | B | Dividend | L | T | | | | | |
| 39. -MFS Research Fund Class I N/L* | A | Dividend | L | T | | | | | |
| 40. -PGIM Absolute Return Bond Fund Class Z N/L**** | A | Dividend | K | T | | | | | |
| 41. -T. Rowe Price Small Cap Val. Fd. Adv. Class N/L | A | Dividend | K | T | | | | | |
| 42. -Wells Fargo Int'l Value Fund Class I N/L | A | Dividend | K | T | | | | | |
| 43. | | | | | | | | | |
| 44. Brokerage Account #1 | | | | | | | | | |
| 45. -Raymond James Bank Deposit Program | A | Interest | L | T | | | | | |
| 46. -American Funds-New Perspective Fund Class A | A | Dividend | K | T | | | | | |
| 47. -American Funds-Growth Fund of America Class A | A | Dividend | L | T | | | | | |
| 48. -American Funds-Capital World Growth and Income Fund Class A | A | Dividend | K | T | | | | | |
| 49. -American Funds-Washington Mutual Investors Class A | B | Dividend | L | T | | | | | |
| 50. | | | | | | | | | |
| 51. Other Accounts and Holdings | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bissoon, Cathy** | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  -Wesbanco (Savings) | A | Interest | J | T | | | | | |
| 53.  -Ally Bank (Savings) | B | Interest | M | T | | | | | |
| 54.  -Ally Bank (Savings) | A | Interest | J | T | | | | | |
| 55.  -The Walt Disney Company | A | Dividend | J | T | | | | | |
| 56.  -Pet Ecology Brands (Common) | | None | J | T | | | | | |
| 57.  -Biomass Secure Power | | None | J | T | | | | | |
| 58.  -College Inv. Dir. Portfolio Coll. Sav. Plan Conservative | A | Int./Div. | J | T | | | | | |
| 59.  -College Inv. Dir. Portfolio Coll. Sav. Plan Conservative | A | Int./Div. | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bissoon, Cathy** | 05/01/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

* The following funds went through a share conversion in 2018, resulting in an altered name of the fund:  AMG Times Square Small Cap Growth Fund Class I N/L (previously AMG Times Square Small Cap Grouth Cl. N N/L Fund Premier); AQR Managed Futures Strategy Fund Class I N/L (previously AQR Managed Futures Strategy Fund Cl. N N/L); and MFS Research Fund  Class I N/L (previously MFS Research Fund Class A M/F)

** JP Morgan Mid Cap Value Fund Class L N/L went through a share conversion in 2017, resulting in an altered name of the fund.  However, it erroneously was listed as "JP Morgan Mid Cap Val Fund Instl. Shares N/L" in my 2017 disclosure, which was a carryover from a prior year.

*** JP Morgan US Large Cap Core Plus Fund Sel. Cl. N/L fund is identical to the fund listed in my 2017 disclosure.  There was a typographical error in the word "large" in my 2017 disclosure that has now been corrected in my 2018 disclosure.

**** PGIM Absolute Return Bond Fund Class Z N/L is identical to the Prudential Absolute Return Bond Fd. Adv. Class N/L fund listed in my 2017 disclosure.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cathy Bissoon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544